UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                          **Civil Action
No: 13cv11809-WGY**

**Carol A. Abruzzese
Plaintiff**

v.

**First Financial Asset Management, Inc.
Defendant**

ORDER OF DISMISSAL

**YOUNG, D.J.**

**Upon notification by the plaintiff in the above-entitled action that the case between the parties has resolved, it is hereby ORDER that this action be DISMISSED without prejudice and without costs.**

                                                                          **By the Court,**

                                                                          /s/Matthew A. Paine

                                                                          **Deputy Clerk**

**July 7, 2014**

**To: All Counsel**